UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-2436-GW (JCx) | Date | December 15, 2016 |
|---|---|---|---|
| Title | *Meach Sovannara, et al. v. Hun Manet, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None Present                              None Present

**PROCEEDINGS:      IN CHAMBERS - COURT ORDER**

The Court has reviewed: (1) the Declaration of John Purcell (*see* Docket No. 45) in regards to the jurisdictional discovery which this Court has authorized and to the issue of supplemental briefing and hearing date for the Defendants' Motion to Dismiss ("Motion"), and (2) the Plaintiffs' Status Report on Jurisdictional Discovery and Proposed Litigation Plan and Schedule. Previously, it had been agreed by the parties ordered by the Court that the jurisdictional discovery be completed by November 18, 2016. Defendants now propose that Plaintiffs' supplemental filing as to the Motion be made by December 22, with a response by Defendants on December 29 and a hearing on January 13. Plaintiffs counsel indicates that he needs additional time and that he will be away from his office for much of the period up to January 15, 2017. The Court would order as follows: (1) Plaintiffs' supplemental brief will be filed on or before January 20; (2) Defendants' response will be filed on or before January 23; and (3) the hearing on this matter will be on February 2, 2017 at 8:30 a.m.

:

Initials of Preparer   JG