JS-6



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MEACH SOVANNARA, JAMIE MEACH, individually, and on behalf of themselves and their three minor children,

        Plaintiffs,

        v.

HUN MANET, Deputy Chief of Staff of the Royal Cambodian Armed Forces, Vice-Commander of the Prime Minister's Bodyguard Unit, and Director of the Anti-Terrorism Department of the Armed Forces;

        and

THE ROYAL KINGDOM OF CAMBODIA, (including but not limited to the Ministry of Interior)

        Defendants.

Case No. CV 16-2436-GW(JCx)
Hon. George H. Wu
Courtroom 9D, 350 West 1st Street

**ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW COMPLAINT, OR IN THE ALTERNATIVE, TO TRANSFER COMPLAINT TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

## <u>ORDER</u>

    **IT IS HEREBY ORDERED** that having considered the Motion submitted by the Plaintiffs on May 9, 2017, and recognizing that the Court's dismissal of Hun Manet as a Party Defendant [Dkt. No. 72] has shifted the proper venue for these proceedings to the Federal District Court for the District of Columbia

1    Circuit pursuant to the provisions of 28 U.S.C. section 1391(f)(4), the Court

2    grants Plaintiffs' Motion to Dismiss their complaint against the remaining Party

3    Defendant, the Government of the Royal Kingdom of Cambodia, without

4    prejudice.

5

6        Accordingly, the proceedings in this case before this Court are hereby closed.

7

8        **IT IS SO ORDERED.**

9

10   DATED: May 10, 2017           By:   _____

11                                        GEORGE H. WU, U.S. District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28